

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 23, 2026

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Cabieles Banegas v. Francis, et al.*, No. 26 Civ. 1262 (RA)

Dear Judge Abrams:

    This Office represents the government in the above-referenced immigration habeas corpus action. The parties are currently scheduled to appear before the Court for a conference tomorrow, February 24, at 9:00 a.m. I write respectfully to request permission to attend the conference remotely, as I am unable to appear in person due to the blizzard in New York. I traveled out of the state late last week, and my return flight to New York City yesterday was canceled due to the storm, and as of now, I will not be able to fly back until Wednesday morning. Accordingly, I respectfully request permission to appear remotely at the scheduled conference.

    I thank the Court for its consideration of this request.

Application granted.

Counsel shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERD.

Hon. Ronnie Abrams
February 23, 2026

    cc: Counsel of Record (by ECF)

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   */s/ Janet Lynne Guyon*
     JANET LYNNE GUYON
     Special Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel.: (917) 484-0324
     E-mail: janet.guyon@usdoj.gov