**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JORGE ALEXIS CABIELES BANEGAS,

                            Petitioner,                      26 **CIVIL** 1262 (RA)

                 -against-                           **<u>JUDGMENT</u>**

LADEON FRANCIS, in his official capacity as
Acting Field Office Director of New York,
Immigration and Customs Enforcement; KRISTI
NOEM, in her official capacity as Secretary of
Homeland Security; PAMELA BONDI, in her
official capacity as Attorney General,

                            Respondents.
-----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 24, 2026, Petitioner Cabieles Banegas's habeas

petition is GRANTED.

**DATED:** New York, New York
              March 4, 2026

                                         **TAMMI M. HELLWIG**
                                         _____
                                            **Clerk of Court**

                         **BY:**                                                                             _____
                                                               **Deputy Clerk**