UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JORGE ALEXIS CABIELES BANEGAS,<br><br>Petitioner,<br><br>v.<br><br>LADEON FRANCIS, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; PAMELA BONDI, *in her official capacity as Attorney General*;<br><br>Respondents. | No. 26-CV-1262<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 24, 2026, Petitioner Cabieles Banegas filed a motion to enforce this Court's Order, dated February 26, 2026, granting his habeas petition and ordering his release from Government custody. *See* Dkt. 13, 16. The Government shall respond to this motion by May 8, 2026, to which Cabieles Banegas may reply by May 15, 2026.

SO ORDERED.

Dated:     April 24, 2026
           New York, New York

Ronnie Abrams
United States District Judge