

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 8, 2025

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Cabieles Banegas v. Frances, et al.*, No. 26 Civ. 1262 (RA)

Dear Judge Abrams:

      I write respectfully on behalf of the Respondents pursuant to the Court's April 24, 2026 order directing them to respond to Petitioner's motion to enforce requesting removal of his ankle monitor. *See* ECF Nos. 16, 17. U.S. Immigration and Customs Enforcement has informed this Office that Petitioner's ankle monitor was removed on April 28, 2026, following dismissal of his criminal charges on April 25, 2026. Accordingly, Respondents respectfully request that the Court deny the motion to enforce as moot, as Petitioner has already received the relief he seeks. Counsel for Petitioner consents to this request.

      We thank the Court for its consideration of this letter.

                    Respectfully,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

      By:    */s/ Janet Lynne Guyon*
            JANET LYNNE GUYON
            Special Assistant United States Attorney
            Tel.:  (917) 484-0324
            Email:  janet.guyon@usdoj.gov

cc: All counsel of record (by ECF)

Petitioner's motion is denied as moot. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 16.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 11, 2026